# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DIAGEO NORTH AMERICA, INC.** | § | |
| *Plaintiff,* | § | |
| v. | § | **CIVIL ACTION NO. 4:13-cv-856** |
| | § | |
| **MEXCOR, INC. and** | § | |
| **EJMV INVESTMENTS, LLC** | § | |
| *Defendants.* | § | |

## CERTIFICATE OF INTERESTED PARTIES

MEXCOR, INC. and EJMV INVESTMENTS, LLC, appear subject to their Motion for Extension of Time and reserving their rights to answer and assert all Rule 12(b) defenses and for the limited purpose of compliance with Rule 7.1 of the Federal Rules of Civil Procedure and this Court's to Order for Conference and Disclosure of Interested Parties.

MEXCOR, INC. and EJMV INVESTMENTS, LLC hereby disclose the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Mexcor, Inc.
2. EJMV Investments, LLC.
3. Eduardo Morales, a shareholder in MEXCOR, INC. and the sole shareholder of EJMV INVESTMENTS, LLC.

    4.      Jaime Coira, a shareholder in MEXCOR, INC.

    5.      Celia Morales Lewis, a shareholder in MEXCOR, INC.

No publicly held corporation owns 10% or more of the stock of either defendant.

                              Respectfully submitted,

                              */s/ William A. Worthington*
                              **WILLIAM A. WORTHINGTON**
                              Attorney-in-Charge
                              Texas Bar No. 22010300
                              Federal ID No. 1692
                              **STRASBURGER & PRICE, LLP**
                              909 Fannin St., Suite 2300
                              Houston, Texas 77010-1036
                              (713) 951-5600
                              (713) 951-5660 *fax*
                              william.worthington@strasburger.com

**OF COUNSEL:**

**STRASBURGER & PRICE, LLP**
**Michael A. Walsh**
State Bar No. 00790146
901 Main St., Suite 4400
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 *fax*
michael.walsh@strasburger.com

**Richard D. Fladung**
State Bar No. 07100700
richard.fladung@strasburger.com
**Clifford Bowie Husted**
State Bar No.00796803
Federal I.D. No. 20775
cliff.husted@strasburger.com
**Anita M. Kerin**
State Bar No. No. 24052170
Federal I.D. No. 1078110
anita.kerin@strasburger.com
909 Fannin St., Suite 2300
Houston, Texas 77010
(713) 951-5600
(713) 951-5660 *fax*

                              **ATTORNEYS FOR DEFENDANTS**
                              **MEXCOR, INC. AND**
                              **EJMV INVESTMENTS, LLC**

1336419.1/SPH/16602/0123/041813

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of April, 2013, a true and correct copy of the foregoing document was served via ECF notification and facsimile on counsel of record as follows:

Linda L. Addison
Melanie B. Rother
Fulbright & Jaworski, LLP
1301 McKinney St., Suite 5100
Houston, Texas 77010-3095

Brendan J. O'Rourke
Adam D. Siegartel
Celia R. Muller
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036

William A. Worthington