# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC. §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>MEXCOR, INC. and §<br>EJMV INVESTMENTS, LLC §<br>*Defendants.* § | CIVIL ACTION NO. 4:13-cv-856 |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT

On this date came on the Unopposed Motion for Extension of Time in which Mexcor, Inc. and EJMV Investments, LLC seek an extension until May 15, 2013 within which to respond to Plaintiff's Original Complaint or to otherwise plead. The Court, having been advised that counsel for the Plaintiff and for the Defendants have conferred and that this motion is not opposed, finds that the motion should be in all things GRANTED; and, it is therefore

ORDERED, that the deadline for Defendants Mexcor, Inc. and EJMV Investments, LLC to file a responsive pleading to Plaintiff's Original Complaint or to otherwise plead be and is hereby extended to May 15, 2013.

DONE in Houston, Texas this 19 day of apr, 2013.

_____
UNITED STATES DISTRICT JUDGE

1335362.3/SPH/16602/0123/041813