UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-00856 |
|---|---|---|---|
| Diageo North America, Inc. | | | |
| *versus* | | | |
| Mexcor, Inc. and EJMV Investments, LLC | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Adam D. Siegartel<br>Proskauer Rose L.L.P.<br>Eleven Times Squire<br>New York, New York 10036<br>(212) 969-3000<br>NY 4089223 |
|---|---|
| Seeks to appear for this party: | Diageo North America, Inc. |
| Dated:          4/30/2013 | Signed: |

| The state bar reports that the applicant's status is:                                    . |
|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                        United States District Judge