| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:13-cv-856 |
|---|---|---|---|
| Diageo North America, Inc. ||||
| *versus* ||||
| Mexcor, Inc. and EJMV Investments, LLC ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Benjamin M. Rattner<br>Proskauer Rose, LLP<br>Eleven Times Square<br>New York, 10036<br>(212) 969-3000<br>NY, 4819025 |
|---|---|
| Seeks to appear for this party: | Diageo North America, Inc. |
| Dated:       9/16/2013 | Signed: [signature] |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                                                            United States District Judge