UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN 0 8 2014

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-00856 |
|---|---|---|---|

| Diageo North America, Inc. |
|---|
| *versus* |
| Mexcor, Inc. and EJMV Investments, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Robert L. Greeson<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>(214) 855-7430<br>Texas Bar No. 24045979 |
|---|---|
| Seeks to appear for this party: | Diageo North America, Inc. |
| Dated:          1/7/2014 | Signed: *Robert Greeson* |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 1/8/14 | Clerk's signature: WB |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                United States District Judge