**DIAGEO NORTH AMERICA, INC. v. MEXCOR, INC. and EJMV INVESTMENTS, LLC**

**Case No. 4:13-cv-856 (DH) (SWS)**

# Exhibit 1 Filed Under Seal