**DIAGEO NORTH AMERICA, INC. v. MEXCOR, INC. and EJMV INVESTMENTS, LLC**

**Case No. 4:13-cv-856 (DH) (SWS)**

**Exhibit 14 to Diageo North America, Inc.'s Motion For Summary Judgment As To Its Trademark Infringement, Unfair Competition, And False Designation Of Origin Claims**

# United States Patent Office

**635,313**
**Registered Oct. 2, 1956**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 448, filed Jan. 10, 1956



Joseph E. Seagram & Sons Limited (Canadian corporation)
1430 Peel St.
Montreal, Quebec, Canada

For: ALCOHOLIC LIQUORS—NAMELY, WHISKEY—in CLASS 49.
First use Jan. 11, 1954; in commerce Jan. 11, 1954.

*ioner of*
*n, unless*
*ears, the*
*id mark*
*mstances*
*abandon*

CONFIDENTIAL

DIAG265007

## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 0635313     SERIAL NO: 72/000448     MAILING DATE: 10/14/2006
REGISTRATION DATE: 10/02/1956
MARK: CROWN ROYAL
REGISTRATION OWNER: Diageo North America, Inc.

**CORRESPONDENCE ADDRESS:**

Dana M Gilland
Diageo North America, Inc.
801 Main Avenue
Norwalk CT 06851

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

**************************************************

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

**************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
049.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

DIAG254499

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

DIAG254500

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2007)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0635313 |
| **REGISTRATION DATE** | 10/02/1956 |
| **SERIAL NUMBER** | 72000448 |
| **MARK SECTION** | |
| MARK | CROWN ROYAL (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | SEAGRAM COMPANY LTD., THE |
| STREET | 801 Main Ave |
| CITY | Norwalk |
| STATE | CT |
| ZIP/POSTAL CODE | 06851 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Diageo North America, Inc. |
| STREET | 801 Main Ave |
| CITY | Norwalk |
| STATE | Connecticut |
| ZIP/POSTAL CODE | 06851 |
| COUNTRY | United States |
| **ATTORNEY SECTION** | |
| NAME | Dana M Gilland and Steven Rosenthal |
| FIRM NAME | Diageo North America, Inc. |
| STREET | 801 Main Avenue |

DIAG254501

| | |
|---|---|
| CITY | Norwalk |
| STATE | Connecticut |
| ZIP/POSTAL CODE | 06851 |
| COUNTRY | United States |
| EMAIL | trademarks@diageo.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | CRWN-0016-US |
| OTHER APPOINTED ATTORNEY(S) | Elliot Basner, Jennifer Millones, Graceann Pisano |
| DESIGN MARK FILE NAME(S) | http://tess2.uspto.gov/Im ageAgent/ImageAgentProxy? getImage=72000448 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 033 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4 \720\004\72000448\xml1\S8 90002.JPG |
| SPECIMEN DESCRIPTION | picture of bottle |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /Steven M Rosenthal/ |
| SIGNATORY NAME | Steven M Rosenthal |
| SIGNATORY DATE | 08/02/2006 |
| SIGNATORY POSITION | Attorney for Applicant |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Wed Aug 02 11:04:51 EDT 2006 |
| | USPTO/S08N09-129333943-20 060802110451230904-063531 |

DIAG254502

| TEAS STAMP | 3-20039d5e634202c59de8280 |
| | faf0727bf233-DA-1221-2006 |
| | 0802104912428110 |

DIAG254503

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0635313
**REGISTRATION DATE:** 10/02/1956

**MARK:** CROWN ROYAL (stylized and/or with design)

The owner, Diageo North America, Inc., residing at 801 Main Ave, Norwalk, Connecticut United States 06851, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 033, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) picture of bottle.
Specimen-1

The registrant hereby appoints Dana M Gilland and Steven Rosenthal and Elliot Basner, Jennifer Millones, Graceann Pisano of Diageo North America, Inc., 801 Main Avenue, Norwalk, Connecticut United States 06851 to submit this Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9 on behalf of the registrant. The attorney docket/reference number is CRWN-0016-US.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

### Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

DIAG254504

Signature: /Steven M Rosenthal/      Date: 08/02/2006
Signatory's Name: Steven M Rosenthal
Signatory's Position: Attorney for Applicant

Mailing Address:
  Diageo North America, Inc.
  801 Main Avenue
  Norwalk, Connecticut 06851

RAM Sale Number: 1221
RAM Accounting Date: 08/02/2006

Serial Number: 72000448
Internet Transmission Date: Wed Aug 02 11:04:51 EDT 2006
TEAS Stamp: USPTO/S08N09-129333943-20060802110451230
904-0635313-20039d5e634202c59de8280faf07
27bf233-DA-1221-20060802104912428110

DIAG254505



DIAG254506

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**   0635313

**Serial Number:**   72000448

**RAM Sale Number:  1221**

**RAM Accounting Date:  20060802**

**Total Fees:**   $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20060802 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20060802 | $400 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:**   20060802

DIAG254507



DIAG254508

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

Reg. No. 1,724,742
Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER



JOSEPH E. SEAGRAM & SONS, LIMITED (CANADA CORPORATION)
1430 PEEL STREET
MONTREAL, QUEBEC, CANADA H3A 1S9

FOR: WHISKY, IN CLASS 33 (U.S. CL. 49).

FIRST USE 10-1-1991; IN COMMERCE 10-1-1991.

OWNER OF U.S. REG. NOS. 635,313, 635,314, AND 635,315.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPECIAL RESERVE", APART FROM THE MARK AS SHOWN.

SN 74-166,801, FILED 5-15-1991.

DONNA MIRMAN, EXAMINING ATTORNEY

CONFIDENTIAL

DIAG265239



The United States of America

Nº 1724742

CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this thirteenth day of October 1992.

Acting Commissioner of Patents and Trademarks

CONFIDENTIAL

DIAG265240

# N O T I C E

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*

CONFIDENTIAL

DIAG265241

CRWN-0011-US Box 44  

**ORIGINAL SENT TO LONDON**

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

REGISTRATION NO: 1724742    SERIAL NO: 74166801    MAILING DATE: 02/01/2003
REGISTRATION DATE: 10/13/1992
MARK: CR CROWN ROYAL SPECIAL RESERVE AND DESIG
REGISTRATION OWNER: DIAGEO NORTH AMERICA, INC.
CORRESPONDENCE ADDRESS:

CAROLE R. KLEIN, ESQ.
MORGAN, LEWIS & BOCKIUS LLP
ATTN: TMSU
1111 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004

**RECEIVED**

FEB 10 2003

MORGAN, LEWIS & BOCKIUS LLP
TMSU

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
033.

LATHAM, DANA D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6 (9/99)

DOCKETED

By AAV On 2/14/03

CONFIDENTIAL      DIAG265238



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Bruce Lehman*

Commissioner of Patents and Trademarks

CONFIDENTIAL                                                                  DIAG265001

**Int. Cl.: 33**

**Prior U.S. Cls.: 47 and 49**

**United States Patent and Trademark Office**

**Reg. No. 2,094,877**

Registered Sep. 9, 1997

## TRADEMARK
## PRINCIPAL REGISTER



SEAGRAM COMPANY LTD., THE (CANADA CORPORATION)
1430 PEEL STREET
MONTREAL, QUEBEC, CANADA H3A 1S9

FOR: WHISKY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 1–11–1954; IN COMMERCE 1–11–1954.

OWNER OF U.S. REG. NOS. 635,313, 1,724,742 AND OTHERS.

THE STIPPLING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

SER. NO. 75–150,924, FILED 8–15–1996.

ROBERT LORENZO, EXAMINING ATTORNEY

CONFIDENTIAL

# Maintenance Requirements

**Section 8:**     This registration will be cancelled after six (6) years by the Commissioner of Patents and Trademarks, ***UNLESS, before the end of the sixth year following the date of registration shown on this certificate,*** the registrant files in the U.S. Patent and Trademark Office an affidavit of continued use as required by Section 8 of the Trademark Act of 1946, 15 U.S.C. §1058, as Amended. **It is recommended that the Registrant contact the Patent and Trademark Office approximately five years after the date shown on this registration to determine the requirements and fees for filing a Section 8 affidavit that are in effect at that time.** Currently a fee and a specimen showing how the mark is used in commerce are required for ***each*** international class of goods and/or services identified in the certificate of registration and both must be enclosed with the affidavit.

**Section 9:**     This registration will expire by law after ten (10) years, ***UNLESS, before the end of the tenth year following the date of registration shown on this certificate***, the registrant files in the U.S. Patent and Trademark Office an application for renewal of the registration as required by Section 9 of the Trademark Act of 1946, 15 U.S.C. §1059, as Amended. **It is recommended that the Registrant contact the Patent and Trademark Office approximately nine years after the date shown on this registration to determine the requirements and fees for filing a Section 9 application for renewal that are in effect at that time.** Currently a fee and a specimen showing how the mark is used in commerce are required for ***each*** international class of goods and/or services identified in the certificate of registration and both must be enclosed with the application for renewal.

CONFIDENTIAL

DIAG265003



**UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE**

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 2094877    SERIAL NO: 75/150924    MAILING DATE: 11/05/2003
REGISTRATION DATE: 09/09/1997
MARK: CROWN ROYAL AND DESIGN
REGISTRATION OWNER: DIAGEO NORTH AMERICA, INC.

RECEIVED

CORRESPONDENCE ADDRESS:
DANA M. GILLAND
DIAGEO NORTH AMERICA, INC.
SIX LANDMARK SQUARE
STAMFORD, CT 10603

NOV 1 7 2003

LEGAL DEPT.

CRWN-0007-US

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**************************************************

## NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

**************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
033.

STEVENS, VALERETA
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT4A (3/2003)

CONFIDENTIAL                                                                      DIAG265242

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**United States Patent and Trademark Office**

Reg. No. 2,851,028

Registered June 8, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## CROWN ROYAL

DIAGEO NORTH AMERICA, INC. (CONNECTI-
CUT CORPORATION)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

FOR: ALCOHOLIC BEVERAGES NAMELY WHIS-
KEY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

OWNER OF U.S. REG. NOS. 635,313 AND 2,094,877.

SER. NO. 78-271,313, FILED 7-8-2003.

PAUL F. GAST, EXAMINING ATTORNEY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    DIAG254092

Side - 1



### NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
### MAILING DATE: Aug 30, 2009

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**      2851028
**MARK:**                  CROWN ROYAL
**OWNER:**               Diageo North America, Inc.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Jennifer J. Millones
Diageo North America, Inc.
801 Main Ave
Norwalk, CT   06851

CONFIDENTIAL                                    DIAG252113



**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION
MAILING DATE: Aug 30, 2009**

*CRWN - 0001 - US  G. 33*

The combined declaration of use and incontestability filed in connection with the
registration identified below meets the requirements of Sections 8 and 15 of the
Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted
and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.
To review information regarding the referenced registration, go to
http://tarr.uspto.gov/.

RECEIVED
SEP 08 2009
LEGAL DEPT.

REG NUMBER:   2851028
MARK:         CROWN ROYAL
OWNER:        Diageo North America, Inc

CONFIDENTIAL                                                                DIAG254775



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.*** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

CONFIDENTIAL

DIAG254781

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**Reg. No. 3,020,295**

## United States Patent and Trademark Office

Registered Nov. 29, 2005

### TRADEMARK
### PRINCIPAL REGISTER



DIAGEO NORTH AMERICA, INC. (CONNECTI-
CUT CORPORATION)
801 MAIN AVE
NORWALK, CT 06851

FOR: ALCOHOLIC BEVERAGES, NAMELY, DIS-
TILLED SPIRITS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

OWNER OF U.S. REG. NO. 2,879,432.

THE MARK CONSISTS OF A BOTTLE DESIGN
WITH A LABEL DESIGN.

SER. NO. 78-469,755, FILED 8-18-2004.

CAROLINE WOOD, EXAMINING ATTORNEY

CONFIDENTIAL

DIAG254782

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, January 10, 2012 11:00 PM |
| **To:** | trademarks@diageo.com |
| **Subject:** | Trademark RN 3020295: Official Notice of Acceptance and Acknowledgement under Sections 8 and 15 of the Trademark Act |

**Serial Number:** 78469755
**Registration Number:** 3020295
**Registration Date:** Nov 29, 2005
**Mark:** CROWN ROYAL(STYLIZED/DESIGN)
**Owner:** Diageo North America, Inc.

Jan 10, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
033

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058 and 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058 and 1059.

CONFIDENTIAL

DIAG252118

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=78469755.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

CONFIDENTIAL

DIAG252119

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, January 10, 2012 11:01 PM |
| **To:** | Trademarks |
| **Subject:** | Trademark RN 3020295: Official Notice of Acceptance and Acknowledgement under Sections 8 and 15 of the Trademark Act |

Serial Number: 78469755
Registration Number: 3020295
Registration Date: Nov 29, 2005
Mark: CROWN ROYAL(STYLIZED/DESIGN)
Owner: Diageo North America, Inc.

Jan 10, 2012

NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  The Section 8 declaration is accepted.

NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  The Section 15 declaration is acknowledged.

The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.

Class(es):
033

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500
_____

REQUIREMENTS FOR MAINTAINING REGISTRATION

WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.

Requirements in the First Ten Years

What and When to File: You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058 and 1059.

Requirements in Successive Ten-Year Periods

1

CONFIDENTIAL                                                                        DIAG254783

What and When to File: You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058 and 1059.

Grace Period Filings

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To view this notice and other documents for this application on-line, go to
http://tdr.uspto.gov/search.action?sn=78469755.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

_____
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed.
If you have received this email in error please notify the Diageo Servicedesk on +44 (0) 131 319 6000

This footnote also confirms that this email has been scanned for all viruses by the Messagelabs SkyScan service.

http://www.diageo.com

_____

2

CONFIDENTIAL                                                          DIAG254784

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,096,261

## United States Patent and Trademark Office

Registered May 23, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## CROWN ROYAL

DIAGEO NORTH AMERICA, INC. (CONNECTI-
CUT CORPORATION)
801 MAIN AVE
NORWALK, CT 06851

FOR: ARTICLES OF CLOTHING, NAMELY,
JACKETS, CAPS, PULLOVERS, SHIRTS, T-SHIRTS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

OWNER OF U.S. REG. NOS. 635,313, 1,724,742,
AND 2,094,877.

SN 78-118,445, FILED 3-29-2002.

DORITT L. CARROLL, EXAMINING ATTORNEY

DIAG265308

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, May 19, 2012 11:01 PM |
| **To:** | gina.vendittelli@diageo.com |
| **Subject:** | Trademark RN 3096261: Official Notice of Acceptance and Acknowledgement under Sections 8 and 15 of the Trademark Act |

**Serial Number:** 78118445
**Registration Number:** 3096261
**Registration Date:** May 23, 2006
**Mark:** CROWN ROYAL
**Owner:** Diageo North America, Inc.

May 19, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    DIAG254785

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=78118445.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    DIAG254786



RECEIVED

SEP 1 8 2006

MORGAN, LEWIS & BOCKIUS LLP   **DOCKETED**
TMSU

BY _Saini_ ON _09/18/06_

## CERTIFICATE OF REGISTRATION

### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.*** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Jon W. Dudas*

*Director of the United States Patent and Trademark Office*

DIAG266480

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### Requirements in the First Ten Years*
*What and When to File:*

- First Filing: A Declaration of Continued Use (or Excusable Non-use), filed between the 5th and 6th years after the registration date. (*See* 15 U.S.C. §1058; 37 C.F.R. §2.161.)
- Second Filing: A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between the 9th and 10th years after the registration date. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Requirements in Successive Ten-Year Periods*
*What and When to File:*

- A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between each 9th and 10th-year period after the date when the first ten-year period ends. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Grace Period Filings*
There is a six-month grace period for filing the documents listed above, with payment of an additional fee.

**The U.S. Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements. Therefore, you should contact the USPTO approximately one year prior to the deadlines set forth above to determine the requirements and fees for submission of the required filings.**
**NOTE:** *Electronic forms for the above documents, as well as information regarding current filing requirements and fees, are available online at the USPTO web site:*

*www.uspto.gov*

---

### YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS IDENTIFIED ABOVE DURING THE SPECIFIED TIME PERIODS.

---

*Exception for the Extensions of Protection under the Madrid Protocol:
The holder of an international registration with an extension of protection to the United States must file, under slightly different time periods, a Declaration of Continued Use (or Excusable Non-use) at the USPTO. *See* 15 U.S.C. §1141k; 37 C.F.R. §7.36. The renewal of an international registration, however, must be filed at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol. *See* 15 U.S.C. §1141j; 37 C.F.R. §7.41.

DIAG266481

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

United States Patent and Trademark Office

Reg. No. 3,137,914
Registered Sep. 5, 2006

### TRADEMARK
### PRINCIPAL REGISTER



DIAGEO NORTH AMERICA, INC. (CONNECTI-
CUT CORPORATION)
801 MAIN AVE
NORWALK, CT 06851

FOR: ALCOHOLIC BEVERAGES, NAMELY, SPIR-
ITS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

THE COLORS PURPLE AND GOLD ARE
CLAIMED AS A FEATURE OF THE MARK.

PURPLE APPEARS IN THE OVERALL COLOR-
ING OF THE BAG DESIGN AND GOLD APPEARS

IN BOTH THE STITCHING AND DRAWSTRING OF
THE BAG.

THE MARK CONSISTS OF A THREE DIMEN-
SIONAL DESIGN OF A PURPLE CLOTH POUCH
BAG WITH GOLD STITCHING AND DRAW-
STRING.

SEC. 2(F).

SER. NO. 78-462,822, FILED 8-5-2004.

JILL C. ALT, EXAMINING ATTORNEY

CONFIDENTIAL

DIAG266482

**From:**          TMOfficialNotices@USPTO.GOV
**Sent:**          Thursday, August 02, 2012 11:01 PM
**To:**            Trademarks
**Subject:**       Trademark RN 3137914: Official Notice of Acceptance and Acknowledgement under
                   Sections 8 and 15 of the Trademark Act


Serial Number: 78462822
Registration Number: 3137914
Registration Date: Sep 5, 2006
Mark: Miscellaneous Design
Owner: Diageo North America, Inc.

Aug 2, 2012

NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  The Section 8 declaration is accepted.


NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  The Section 15 declaration is acknowledged.

The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.

Class(es):
033


TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500
_____

REQUIREMENTS FOR MAINTAINING REGISTRATION

WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.

Requirements in the First Ten Years

What and When to File: You must file a declaration of use (or excusable nonuse) and an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

Requirements in Successive Ten-Year Periods

CONFIDENTIAL                                                                            DIAG254894

What and When to File: You must file a declaration of use (or excusable nonuse) and an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

Grace Period Filings

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To view this notice and other documents for this application on-line, go to
http://tdr.uspto.gov/search.action?sn=78462822.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

_____
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed.
If you have received this email in error please notify the Diageo Servicedesk on +44 (0) 131 319 6000

This footnote also confirms that this email has been scanned for all viruses by the Messagelabs SkyScan service.

http://www.diageo.com

_____

CONFIDENTIAL                                                                                      DIAG254895