UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Diageo North America, Inc., <br> Plaintiff, | § § § | |
| v. | § § § § | Civil Action No.: H-13-856 |
| Mexcor, Inc., and <br> EJMV Investments, LLC., <br> Defendants. | § § § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff, the Court hereby ORDERS that final judgment be entered in favor of the Plaintiff in the amount of $401,228.00. This is a FINAL JUDGMENT.

Signed at Houston, TX on the __18__ day of December, 2014.

DAVID HITTNER
United States District Judge