# Exhibit D



|  | Qty | Amount |
|---|---:|---:|
| **Parts** | | |
|     CD Creation | 2.00 | 50.00 |
|     HardDrive | 3.00 | 450.00 |
| **Total Parts** | 5.00 | 500.00 |
| | | |
| **ESI Processing** | | |
|     Convert images (Per GB) | 0.20 | 50.00 |
|     ECA Processing (Per GB) | 219.44 | 8,777.60 |
|     Promote to Review (Per GB) | 46.44 | 2,612.46 |
| **Total ESI Processing** | 266.08 | 11,440.06 |
| | | |
| **OCR** | 546.00 | 8.19 |
| **Production** | | |
|     Production (Per GB) | 36.63 | 10,477.35 |
| **Total Production** | 36.63 | 10,477.35 |