IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC.,<br><br>  Plaintiff and Counterdefendant,<br><br>  v.<br><br>MEXCOR, INC. and<br>EJMV INVESTMENTS, LLC,<br><br>  Defendants and Counterclaimants. | Case No. 4:13-cv-856 (DH) (SWS) |

### [PROPOSED] ORDER AWARDING PLAINTIFF'S COSTS

The Court, having considered Plaintiff's Bill of Costs, and the papers and arguments of counsel relating thereto, is of the opinion that the Defendants' Motion should be GRANTED in its entirety. It is therefore

ORDERED that taxable costs in the amount of $125,835.08 are to be assessed against the Defendants.

SO ORDERED in Houston, Texas this ___ day of _____, 2015

_____

United States District Judge