# Exhibit 2

| | |
|---|---|
| **From:** | Bill Raman |
| **To:** | Siegartel, Adam D. |
| **Cc:** | O"Rourke, Brendan J.; Rattner, Benjamin M.; Popkin, Lee; Steve Fleckman; Joey Leak |
| **Subject:** | RE: Mexcor/Diageo -- April 15 Opposition Deadline (FLORIDA CROWN CLUB) |
| **Date:** | Thursday, April 09, 2015 1:29:26 PM |

Adam,

Mexcor has ceased use of the FLORIDA CROWN CLUB trade dress that included a bag with the word "Crown." My understanding is that it has no intention to resume use of either the particular bag with the word "Crown" or the particular label with the word "Crown" that formed part of that overall trade dress.

In light of that fact and in light of Diageo's admission that it was **"undisputed"** that Mexcor's use of TEXAS CROWN and TEXAS CROWN CLUB prior to the last quarter of 2011 was non-infringing and that "Mexcor's alleged infringement began, at the earliest, during the fourth quarter of 2011 when Mexcor began selling its Texas Crown Club products *in bags* bearing the Texas Crown Club logo" (Diageo's Rule 50(a) Motion at p. 4, emphasis added), Mexcor does not understand what opposition Diageo has against registration of the word mark FLORIDA CROWN CLUB. Accordingly, Mexcor does not intend to withdraw its application.

However, at your request, Mexcor will consent to the additional 60 day extension. We would hope that Diageo will seriously consider in the interim, its prior admissions and its obligations under Rule 11, Fed. R. Civ. P., before proceeding with a notice of opposition.

Best regards,

Bill Raman

William D. Raman
Fleckman & McGlynn, PLLC
515 Congress Avenue
Suite 1800
Austin, Texas 78701
512-476-7900
512-476-7644 (Fax)

---

**From:** Siegartel, Adam D. [mailto:ASiegartel@proskauer.com]
**Sent:** Wednesday, April 08, 2015 11:20 AM
**To:** Bill Raman
**Cc:** O'Rourke, Brendan J.; Rattner, Benjamin M.; Popkin, Lee; Steve Fleckman; Joey Leak
**Subject:** Mexcor/Diageo -- April 15 Opposition Deadline (FLORIDA CROWN CLUB)

Bill,

I hope you are well. I called your office shortly before noon but your assistant said you are out today. Diageo has an April 15 deadline (one week from today) to oppose Mexcor's pending FLORIDA CROWN CLUB word mark application, and in light of the case status, we are writing to request that Mexcor withdraw the application before that deadline. Please let me know whether Mexcor will do so. If Mexcor is not willing to do so, please let me know whether Mexcor consents to Diageo filing the final 60-day extension to oppose (as you may recall, 60 days is the only permitted extension at this juncture per TTAB rules, and shorter extensions are not permitted). In light of the approaching deadline, we would appreciate if you would provide Mexcor's position before the weekend.

Thank you very much. If you prefer to discuss over the phone, I am available.

Regards,
Adam

**Adam D. Siegartel**
Senior Counsel
Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3847
f  212.969.2900
asiegartel@proskauer.com

********************************************************************************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
********************************************************************************************************************************