IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

SEP 26 2016

David J. Bradley, Clerk of Court

No. 15-20630

D.C. Docket No. 4:13-CV-856

United States Court of Appeals
Fifth Circuit
**FILED**
September 2, 2016
Lyle W. Cayce
Clerk

Certified as a true copy and issued
as the mandate on Sep 26, 2016
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

DIAGEO NORTH AMERICA, INCORPORATED,

  Plaintiff - Appellee

v.

MEXCOR, INCORPORATED; EJMV INVESTMENTS, L.L.C.,

  Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before STEWART, Chief Judge, and PRADO and SOUTHWICK, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and vacated in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 26, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 15-20630   Diageo North America, Inc. v. Mexcor, Incorporated, et al
USDC No. 4:13-CV-856

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Christina Gardner_
Christina A. Gardner, Deputy Clerk
504-310-7684

cc:  Mr. Steven Alan Fleckman
     Mr. Mark David Harris
     Mrs. Danielle Katharina Hatchitt
     Mr. Brendan Joseph O'Rourke
     Ms. Lee Popkin
     Mr. William D. Raman
     Ms. Melanie B. Rother
     Mr. Zachariah Wolfe