United States District Court
Southern District of Texas
**ENTERED**
September 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC., § § Plaintiff, § § v. § § MEXCOR, INC. *and* EJMV § INVESTMENTS, LLC, § § Defendants. § | Civil Action No. H-13-856 |

## ORDER

Pending before the Court is Plaintiff Diageo North America, Inc.'s Motion for Contempt (Document No. 239). Since the filing of the motion for contempt, the United States Court of Appeals for the Fifth Circuit issued an opinion vacating portions of the permanent injunction (Document No. 225) this Court had previously issued in this case. Accordingly, the Court hereby

**ORDERS** that Diageo North America, Inc.'s Motion for Contempt (Document No. 239) is **DENIED WITHOUT PREJUDICE.**

SIGNED at Houston, Texas, on this **26** day of September, 2016.

DAVID HITTNER
United States District Judge

1