United States District Court
Southern District of Texas
**ENTERED**
September 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIAGEO NORTH AMERICA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-13-856 |
| | § | |
| MEXCOR, INC. *and* EJMV INVESTMENTS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On September 2, 2016, the United States Court of Appeals for the Fifth Circuit issued an opinion vacating portions of the permanent injunction (Document No. 225) this Court had previously issued in this case. Accordingly, the Court hereby,

**ORDERS** that Diageo North America, Inc., Mexcor, Inc., and EJMV Investments, LLC submit briefing of no more than ten pages and proposed orders compliant with the Fifth Circuit's instructions on remand within twenty-one days from the date of this Order.

1

SIGNED at Houston, Texas, on this **26** day of September, 2016.

_____
DAVID HITTNER
United States District Judge